**Order entered March 23, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00598-CR

**MICHAEL DEIONDRE BOWEN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 354th Judicial District Court**
**Hunt County, Texas**
**Trial Court Cause No. 32,465CR**

## ORDER

Before the Court is the State's March 18, 2020 second motion for extension of time to file its brief. We **GRANT** the motion and **ORDER** the State's brief due on or before April 3, 2020.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE